**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **LUIS ANTONIO COLON,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**FRANK BISIGNANO, Commissioner of Social Security Administration,**<br><br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL NO. SA-25-CV-861-OLG** |

**ORDER**

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (the "Report") (Dkt. No. 20), filed on July 10, 2026, wherein Judge Chestney recommends that the decision of the Commissioner of the Social Security Administration, Frank Bisignano, be affirmed. Plaintiff Luis Antonio Colon filed objections (the "Objections") (Dkt. No. 22) to the Report.

When a party objects to a magistrate judge's report and recommendation, the district court must conduct a de novo review as to those portions of the report and recommendation to which an objection is made. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Frivolous, conclusory, or general objections need not be considered by the district court. *See Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987). Any portions of the magistrate judge's finding or recommendation that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

The Court has conducted a de novo review of those portions of the Report subject to the Objections and is of the opinion that the Report is correct, and that the Objections are without merit as to Judge Chestney's ultimate findings. Accordingly, the Objections (Dkt. No. 22) are **OVERRULED**, the Report (Dkt. No. 20) is **ACCEPTED** and, for the reasons set forth therein,

the Commissioner's decision is **AFFIRMED**.

This case is **CLOSED**.

**SIGNED** on September 3, 2026.

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE